UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

David Hayden,            Case No. 3:20-cv-2263

       Plaintiff

v.           MEMORANDUM OPINION
             AND ORDER

Commissioner of Social Security,

       Defendant

Before me is the Report and Recommendation ("R & R") of Magistrate Judge Carmen E. Henderson filed on December 1, 2021. (Doc. No. 19). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

Following review of Judge Henderson's R & R, I adopt it in its entirety as the Order of the Court. I agree with Judge Henderson's conclusion that the ALJ properly evaluated Plaintiff's testimony regarding his symptoms as well as the opinion of Plaintiff's treating physician Linda Speer, M.D. Therefore, the Commissioner's decision is affirmed, and this case is dismissed.

So Ordered.

                                           s/ Jeffrey J. Helmick
                                           United States District Judge